USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TORDALIZA TAVERAS ,

                              Plaintiff,

          -against-

AC MIA LLC,

                             Defendant.
-----------------------------------------------------------------X

23-CV-3933 (JHR) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Notice of Settlement filed on July 7, 2023 (doc. no 11) the Initial Case Management Conference currently scheduled for **August 22, 2023** is hereby adjourned *sine die*.

    SO ORDERED.

DATED:    New York, New York
              July 7, 2023

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge